United States District Court
Southern District of Texas
**ENTERED**
December 16, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BARRY DWAYNE MINNFEE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:16-CV-324 |
| | § | |
| NELVA GONZALES RAMOS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Petitioner Barry Dwane Minnfee is an inmate in the Texas Department of Criminal Justice – Correctional Institutions Division (TDCJ-CID), and is currently incarcerated at the Allred Unit in Iowa Park, Texas. He filed a civil rights action under 42 U.S.C. § 1983 on August 2, 2016, Dkt. No. 1, and an application to proceed *in forma pauperis* on August 2, 2016, Dkt. No. 2. The Court has before it these pleadings and the Memorandum and Recommendations of the magistrate judge to whom this case was referred pursuant to 28 U.S.C. § 636(b), Dkt. No. 6 ("M&R"). The deadline to file objections to the magistrate judge's proposed findings and recommendations has passed, and the docket sheet shows that no objections have been filed. *See* 28 U.S.C. § 636(b)(1) (setting 14-day deadline to file objections); Fed. R. Civ. P. 72(b)(2) (same); *see also* M&R at 7 (advising parties of 14-day deadline).

After independently reviewing the record and considering the applicable law, the Court adopts the magistrate judge's proposed findings and recommendations; **DENIES** Petitioner's application for leave to proceed *in forma pauperis*, Dkt. No. 2; and **DISMISSES** without prejudice Petitioner's lawsuit, Dkt. No. 1. The Clerk shall close this case after entering the accompanying judgment.

It is so ORDERED.

SIGNED this 16th day of December, 2016.

_____
Hilda Tagle
Senior United States District Judge